UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE CITY OF NEW BEDFORD, et al., )<br>　　　Plaintiffs, )<br>　　　v. )<br>GARY LOCKE, et al., )<br>　　　Defendants. )<br>_____ )<br>LOVGREN, et al., )<br>　　　Plaintiffs, )<br>　　　v. )<br>GARY LOCKE, et al., )<br>　　　Defendants. ) | 1:10-cv-10789-RWZ<br>RWZ<br>[PROPOSED] ORDER ON JOINT MOTION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE AND CONTINUE HEARING |

　　　This matter comes before the Court on the parties' Joint Motion to Extend Summary Judgment Briefing Schedule and Continue Hearing. The Court, having considered that motion, and good cause appearing, the motion is **GRANTED** and it is **HEREBY ORDERED** that schedule for summary judgment briefing in this case is revised as follows:

　　　1.　　The Plaintiffs' motions for summary judgment are due November 13, 2010.

　　　2.　　The Defendants' cross-motions for summary judgment and briefs in opposition to Plaintiffs' motions for summary judgment are due by January 21, 2011.

　　　3.　　The Plaintiffs' opposition to Defendants' cross-motions for summary judgment are due by February 7, 2011.

　　　4.　　The Defendants' reply in support of cross-motions for summary judgment are due by February 23, 2011.

5.  The summary judgment motion hearing currently set for February 9, 2011, at 2:00 p.m., is continued to 3/3, 2011, at 2:00 p.m.

Dated: 10/15/10

_____
The Honorable Rya W. Zobel
United States District Court Judge