**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE CITY OF NEW BEDFORD, et al., | ) |
| | ) |
| | )   1:10-cv-10789-RWZ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   **NOTICE OF APPEARANCE** |
| GARY LOCKE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| LOVGREN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY LOCKE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

To the Court, the parties, and attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of Brian A. McLachlan, Trial Attorney, as counsel for this matter.  Copies of future filings, notices, decisions, and other correspondence should be sent to Mr. McLachlan, whose contact information is provided below.

Respectfully submitted this 11th day of March, 2011.

> IGNACIA S. MORENO, Assistant Attorney General
> United States Department of Justice

Environment & Natural Resources Division
SETH M. BARSKY, Section Chief

James Maysonett
JAMES A. MAYSONETT, D.C. Bar 463856
ANDREA E. GELATT
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Tel:  (202) 305-0216 | Fax:  (202) 305-0275
Email:  james.a.maysonett@usdoj.gov

THOMAS CLARK
Acting Section Chief
BRIAN A. MCLACHLAN
D.C. Bar No. 472413
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
c/o NOAA/DARC, NW
7600 Sand Point Way, N.E.
Seattle, WA  98115
Tel: (206) 526-6881
Fax: (206) 526-6665
brian.mclachlan@usdoj.gov

Counsel for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served March 11, 2011 via the Court's

CM/ECF system on all counsel of record.

/s/ James Maysonett
JAMES MAYSONETT