UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CITY OF NEW BEDFORD ET AL**
       **Plaintiff**

   **V.**

**HONORABLE GARY LOCKE ET AL**
       **Defendants**

**CR ACTION**

**NO. 10CV10789-RWZ**

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered on 6/30/11; Judgment is entered for DEFENDANTS.

                                                **By the Court,**

**7/1/11**                                 **s/ Lisa A. Urso**
**Date**                                     **Deputy Clerk**