**LAW OFFICE OF PATRICK FLANIGAN**
A General Legal Practice and Maritime Law Firm
P.O. Box 42, Swarthmore, PA 19081-0042

**PATRICK FRANCIS FLANIGAN**
Attorney and Proctor in Admiralty

Mobile: (484) 904-7795
Email: Pat@lawofficepf.com
Admitted in Pennsylvania and New Jersey
All other jurisdictions by Special Appearance
Admitted to practice before the Supreme Court of the United States

Websites:
www.pfemployment.com
www.pfmaritime.com

**November 27, 2012**

The Honorable Rya W. Zobel
John Joseph Moakley U.S. Courthouse
15th Floor
1 Courthouse Way
Boston, MA 02210

**Re:   City of New Bedford, et al., and Lovgren, et al. v. Secretary Gary Locke, et al.
       U.S. District Court, District of Massachusetts (Boston).  No.: 1:10-cv-10789-RWZ
       STATUS REPORT [Minute Entry 09/21/2012].**

Dear Judge:

This office represents only James Lovgren, et. al. in the above referenced case. The current status of the case is as follows:

| | |
|---|---|
| August 19, 2011 | Lovgren filed a Notice of Appeal to the United States Court of Appeals for the First Circuit. Doc. 120. |
| Short Title: | James Lovgren, et al. v. The Honorable Gary Locke, et al. Civil Case Appellate Docket No. 11-1964. |
| September 5, 2012 | Oral Argument was held before a three judge panel. |

As of this status report there has not been a decision circulated by the Appellate Court.

Respectfully submitted,
/s/Patrick Flanigan

**Patrick Flanigan**

Digitally signed by Patrick Flanigan
DN: cn=Patrick Flanigan, o=Law Office of Patrick Flanigan, ou=Esquire, email=info@lawofficepf.com, c=US
Date: 2012.11.27 12:02:02 -05'00'

cc:  See Certification of Service