# United States Court of Appeals
## For the First Circuit

No. 11-1952

JAMES LOVGREN; NEW HAMPSHIRE COMMERCIAL FISHERMEN'S ASSOCIATION; PAUL THERIAULT; CHUCK WEIMER; DAVID ARIPOTCH; TEMPEST FISHERIES, LTD.; GRACE FISHING, INC.; RICHARD GRACHEK; ROANOKE FISH CO., INC.; AMERICAN ALLIANCE OF FISHERMEN AND THEIR COMMUNITIES; NEW BEDFORD FISH LUMPERS PENSION PLAN; ATLANTIC COAST SEAFOOD, INC.; LYDIA & MAYA, INC.; JOHN & NICHOLAS, INC.; BERGIE'S SEAFOOD, INC.; NORDIC, INC.; LYMAN FISHERIES, INC.; THE HOPE II, INC.; REIDAR'S MANUFACTURING, INC.; DIAMOND DOG FISHING CORP.; ATLANTIC ENTERPRISES, LLC; WANCHESE FISH COMPANY; EASTER JOY, INC.; LOCAL 1749 ILA, AFL-CIO, NEW BEDFORD FISH LUMPERS PENSION PLAN

Plaintiffs

------

CITY OF NEW BEDFORD; CITY OF GLOUCESTER

Plaintiffs - Appellants

v.

THE HONORABLE GARY LOCKE, Secretary of Commerce; THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, (NOAA); THE NATIONAL MARINE FISHERIES SERVICE, (NMFS); CONSERVATION LAW FOUNDATION, INC.; JANE LUBCHENCO, Administrator of the National Oceanic and Atmospheric Administration

Defendants - Appellees

------

ATLANTIC COASTAL COOPERATIVE STATISTICS PROGRAM, (ACCSP); ATLANTIC STATES MARINE FISHERIES COMMISSION, (ASMFC)

Defendants

---

**MANDATE**

Entered: January 28, 2013

In accordance with the judgment of November 28, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hope Madeline Babcock
Thomas M. Bond
Dina Michael Chaitowitz
Kelly D. Davis
Patrick Francis Flanigan
Roger M. Fleming
John Farrell Folan
Anton P. Giedt
Eldon Van Cleef Greenberg
Daniel John Hammond
James F. Kavanaugh Jr.
Arthur Paul Kreiger
Pamela F. Lafreniere
Scott W. Lang
Robert J. Lundman
Gene S. Martin Jr.
James A. Maysonett
Mikaela Ann McDermott
Bradley H. Oliphant
Stephen Michael Ouellette
Joan M. Pepin
Julie K Peterson
Peter Shelley
John MItchell Stevens
Michael Thomas Sullivan
Gigi D. Tierney