**LAW OFFICE OF PATRICK FLANIGAN**
A General Legal Practice and Maritime Law Firm
P.O. Box 42, Swarthmore, PA 19081-0042

**PATRICK FRANCIS FLANIGAN**
Attorney and Proctor in Admiralty

Mobile: (484) 904-7795                                                      Websites:
Email: Pat@lawofficepf.com                                        www.pfemployment.com
Admitted in Pennsylvania and New Jersey                     www.pfmaritime.com
All other jurisdictions by Special Appearance
Admitted to practice before the Supreme Court of the United States          **March 22, 2013**

The Honorable Rya W. Zobel
John Joseph Moakley U.S. Courthouse
15th Floor
1 Courthouse Way
Boston, MA 02210

**Re:  City of New Bedford, et al., and Lovgren, et al. v. Secretary Gary Locke, et al.
U.S. District Court, District of Massachusetts (Boston).  No.: 1:10-cv-10789-RWZ
STATUS REPORT**

Dear Judge:

This office represents only James Lovgren, et. al. in the above referenced case. The current status of the case is as follows:

August 19, 2011        Lovgren filed a Notice of Appeal to the United States Court of Appeals for the First Circuit. Doc. 120.

Entered: **November 28, 2012**            JUDGMENT

"Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed."

Case: 11-1952 Document: 00116462149 Page: 3 Date Filed: 11/28/2012 Entry ID: 5693518.

There was no further action taken by the undersigned and the matter is closed.

Respectfully submitted,
/s/Patrick Flanigan

cc:  See Certification of Service